## 532

BEFORE THE SECOND DIVISION, DECEMBER 13, 1938

**No. 40073.**—Protests 695607–G, etc., of B. Altman & Co. (New York).

Opinion by TILSON, J.   It was stipulated that certain items of the merchandise consist of bloomers and panties identical with those passed upon in Abstract 23777.   As to these the claim as cotton wearing apparel at 37½ percent under paragraph 919 was sustained.   Articles of wearing apparel in chief value of wool were held dutiable under paragraph 1115 as claimed.

**No. 40074.**—Protest 945035–G of Herrmann & Jacobs (New York).

Opinion by KINCHELOE, J.   The protest was sustained in accordance with stipulation of counsel.

DECEMBER 7, 1938

**No. 40075.**—▮▮▮▮▮▮▮▮▮▮▮▮▮▮—Protests 892188–G, etc., of R. J. Prentiss & Co., Inc.   C. D. 49.   Application by plaintiff for rehearing denied.

DECEMBER 8, 1938

**No. 40076.**—▮▮▮▮▮▮▮▮▮—Protest 621946–G of Bata Shoe Co.   C. D. 45. Application by plaintiff for rehearing denied.

**No. 40077.**—▮▮▮▮▮▮▮▮—Protest 882934–G of Louis Wolf & Co.   C. D. 48. Application by plaintiffs for rehearing denied.

DECEMBER 10, 1938

**No. 40078.**—▮▮▮▮▮▮—Protest 967027–G of R. C. Williams & Co., Inc. Abstract 39816.   Application by plaintiff for rehearing granted.

**No. 40079.**—▮▮▮▮▮▮▮▮▮▮ 935204–G, etc., of General Concessions Corporation.   Abstract   39566.   Application   by   plaintiff   for   rehearing granted.

**No. 40080.**—▮▮▮▮▮▮▮▮ 621404–G, etc., of Arnhold & Co., Inc., et al. C. D. 44.   Application by Government for rehearing denied.

**No. 40081.**—▮▮▮▮▮▮▮▮ 487008–G, etc., of M. Aronin & Sons et al. Abstract 39906.   Application by Government for rehearing denied.

BEFORE THE SECOND DIVISION, DECEMBER 14, 1938

**No. 40082.**—Protest 952077–G of Mamie Conti Gowns (New York).

TILSON, Judge:   The question involved in this suit is the proper classification of imported merchandise upon which duty was levied at 90 percent under paragraph 1430 of the Tariff Act of 1922.   Plaintiff claims the same to be properly dutiable at 60 percent ad valorem under paragraph 1419 of the Tariff Act of 1922, as artificial flowers of whatever material composed, not specially provided for.